UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR09-157-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| BOEMONT JAMES BRIDE, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on March 29, 2011. The United States was represented by AUSA Francis Franze-Nakamura and the defendant by Corey Endo and Jennifer Wellman. The proceedings were digitally recorded.

Defendant had been sentenced in the District of Montana on or about August 30, 2006 by the Honorable Jack D. Shanstrom on a charge of Manufacture of Counterfeit Currency, and sentenced to 36 months custody, 3 years supervised release. (Dkt. 3 at 25-26.) The case was transferred to this District on May 20, 2009. (Dkt. 3 at 1.)

The conditions of supervised release included the standard conditions plus the

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

requirements that defendant participate in substance abuse testing, participate in a substance abuse treatment program, submit to search, provide financial information to his probation officer on request, abstain from alcohol, and pay restitution in the amount of $420.

On July 2, 2009, the conditions of supervised release were modified to require defendant to participate in the home confinement program with electronic monitoring and sobrietor for 120 days. (Dkt. 4.) On October 6, 2009, the conditions of supervised release were modified to require an additional 150 days in the program. (Dkt. 5.) On April 12, 2010, defendant's probation officer reported that he had violated the conditions of supervision by consuming alcohol. Defendant's treatment plan was revised, and no additional action was taken. (Dkt. 6.)

In an application dated March 7, 2011 (Dkt. 7, 8), U.S. Probation Officer Monique D. Neal alleged the following violations of the conditions of supervised release:

1. Failing to participate in substance abuse testing on January 25 and January 26, 2011 in violation of the special condition which states that the defendant shall participate in substance abuse testing during the period of supervision.

2. Using methamphetamine on or before January 27, January 31, and February 9, 2011, in violation of standard condition No. 7.

3. Using amphetamines and or methamphetamine on or before February 25, 2011, in violation of standard condition No. 7. (A reference to use on March 1 was deleted upon motion of the government. Dkt. 14.)

4. Committing the crime of Driving While License Suspended on or about March 1, 2011, in violation of the standard condition which states that the defendant shall not commit another federal, state or local crime.

5. Failing to follow the instructions of the probation officer by continuing to use "Spice", a synthetic cannabinoid, after he was directed not to use the intoxicant on January 31, 2011, in violation of standard condition No. 3.

Defendant was advised in full as to those charges and as to his constitutional rights.

The government moved to dismiss alleged violation 4. Defendant admitted alleged violations 1, 2, 3 (as amended) and 5, and waived any evidentiary hearing as to whether they occurred. (Dkt. 14.)

I therefore recommend the Court find defendant violated his supervised release as alleged, that the Court dismiss violation 4, and that the Court conduct a hearing limited to the issue of disposition for violations 1, 2, 3, and 5. The next hearing will be set before Judge Pechman.

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 29th day of March, 2011.

Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:         Honorable Marsha J. Pechman
     AUSA:                   Francis Franze-Nakamura
     Defendant's attorney:   Corey Endo, Jennifer Wellman
     Probation officer:      Monique D. Neal

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3